No. 907. CITIZENS NATIONAL BANK v. COMMISSIONER OF INTERNAL REVENUE. March 30, 1942. Petition for

writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. James W. Broaddus* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *F. E. Youngman* for respondent.